# U.S. BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: AMY L. WAMPOLE : CHAPTER 13
:
**Debtor(s)** : BANKRUPTCY NO. 24-13375

## CERTIFICATE OF SERVICE

I, Paul H. Young, Esquire, hereby certify that I am the attorney for the Debtor in the above-captioned matter and that I have sent copies of the Debtor's 1st Amended Plan by email and/or regular mail to the addresses indicated below.

/s/ Paul H. Young
PAUL H. YOUNG, ESQUIRE
Attorney for Debtors

Dated: January 22, 2025

Trustee

U.S. Trustee's Office

All creditors on matrix

Debtor